214 F.2d 349
 Marie PALMER, now Rape, et al.
v.
CONTINENTAL OIL COMPANY et al.
 No. 4851.
 United States Court of Appeals, Tenth Circuit.
 July 10, 1954.
 
 Appeal from the United States District Court for the Eastern District of Oklahoma.
 H. A. Ledbetter, and Ernest W. Tate, Ardmore, Okl., for appellants.
 Richard R. Linn, Oklahoma City, Okl., for appellees.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation.